**SO ORDERED.**

Dated: September 23, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Thomas H. Allen, State Bar #11160
Lance A. Francis, State Bar #24692
**ALLEN, SALA & BAYNE, PLC**
Viad Corporate Center
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
E-mail: tallen@asbazlaw.com
lfrancis@asbazlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | CHAPTER 11 |
|---|---|
| LOLINDA LEE FISHER, | Case No. 2-07-bk-03839-RTBP |
| Debtor. | **EXPEDITED ORDER TO SHOW CAUSE** |

This matter having come before the Court pursuant to the Debtor's *Application for Order to Show Cause* ("Application") and *Motion for Expedited Hearing on Application for Order to Show Cause,* and the Court being duly advised,

**IT IS HEREBY ORDERED** that Wells Fargo Bank, N.A., as Trustee for America's Servicing Company ("the Bank") shall appear before this Court on the **28 day of September, 2009 at 9:00 a.m.** before the Honorable Redfield T. Baum at the United States Bankruptcy Court, 230 North First Avenue, 7th Floor, Courtroom No. 703 and show cause, if any, why it should not be held in contempt for its failure to comply with this Court's *Order Confirming Debtor's First Amended Plan of Reorganization Dated February 9, 2009* entered on April 6, 2009.

At the hearing, the Court will consider the Debtor's request for an order directing the Bank to reimburse the law firm of Allen, Sala & Bayne, PLC for all attorneys' fees and costs incurred in sending correspondence and making phone calls to the Bank, preparing the Application and related documents, and all costs associated with preparing for and attending the preliminary hearing and hearing on the Application. The Court will further consider the Debtor's request for the imposition of a sanction of $100.00 per day until the Bank complies

with the Court's Confirmation Order.  Debtor will immediately serve this Order on the Bank and file a Certificate of Service.

**DATED AND SIGNED ABOVE**