Thomas H. Allen, State Bar #11160
Lance A. Francis, State Bar #24692
**ALLEN, SALA & BAYNE, PLC**
Viad Corporate Center
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
E-mail: tallen@asbazlaw.com
         lfrancis@asbazlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | CHAPTER 11 |
|---|---|
| LOLINDA LEE FISHER, | Case No. 2-07-bk-03839-RTBP |
| Debtor. | **NOTICE OF CHANGE OF HEARING LOCATION** |
| | **Hearing Date:** September 28, 2009<br>**Hearing Time:** 9:00 a.m.<br>**Location:** U.S. Post Office Building, 101 W. Goodwin Street 2nd Floor Prescott, AZ 86303 |

**NOTICE IS HEREBY GIVEN** that the location of the hearing to consider the Debtor's *Application for Order to Show Cause* scheduled for **September 28, 2009 at 9:00 a.m.** has been changed, and will be heard at the Prescott Bankruptcy Court location, U.S. Post Office, Building, 101 W. Goodwin Street, 2nd Floor, Prescott, AZ 86303.

DATED: September 25, 2009

**ALLEN, SALA & BAYNE, PLC**

*/s/ THA #11160*
Thomas H. Allen
Lance A. Francis
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Debtor

/ / /

1 | COPY of the foregoing faxed
on September 25, 2009 to:
2
Mark Bosco, Esq.
3 | TIFFANY & BOSCO, P.A.
Third Floor Camelback Esplanade II
4 | 2525 E. Camelback Road
Phoenix, AZ 85016-9240
5 | **Fax: (602) 255-0192**

6
/s/ *Misty Hinshaw*
7