# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LOLINDA LEE FISHER | | |
| **Case Number:** | 2:07-BK-03839-RTBP | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 28, 2009 09:00 AM PRESCOTT | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

### Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK (DEFAULT)
   **R / M #:** 206 / 0

2) ADM: 2:07-bk-03839-RTBP
   ORDER TO SHOW CAUSE DIRECTION WELLS FARGO, AS TRUSTEE FOR AMERICA'S SERVICING CO., TO APPEAR & SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT FOR ITS WILLFUL INTERFERENCE WITH & FAILURE TO COMPLY WITH THIS COURT'S ORDER CONFIRMING THE DEBTOR'S PLAN
   **R / M #:** 0 / 0

### Appearances:

THOMAS H. ALLEN, ATTORNEY FOR LOLINDA LEE FISHER
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO

### Proceedings:

Mr. McDonald informed the Court that he is withdrawing his motion and cannot find anyone to pay.

Mr. Allen responded, explaining why he filed the order to show cause. He noted that he has funds to give to the lender.

COURT: IT IS ORDERED CONTINUING THE ORDER TO SHOW CAUSE HEARING TO OCTOBER
30, 2009 AT 10AM.